**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: August 27, 2013**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO:    2:13-bk-54857 |
|    Johnny Ray Rose | : | |
|    Terina Kay Rose | : | JUDGE John E. Hoffman, Jr. |
| | : | |
| SSAN(S):    xxx-xx-1903 | : | CHAPTER    13 |
|              xxx-xx-3888 | : | |
|        Debtor(s) | : | |

**ORDER ON OBJECTION TO PROOF OF CLAIM #2 OF**
**The Ohio State University Hospitals (DOC#17)**

This matter is before the Court as a result of Debtors' Objection to Proof of Claim #2 of The Ohio State University Hospitals (Doc#17). No interested parties filed a Memorandum In Opposition/Objection to said objection within the time required. Therefore, the Court finds this Objection to be well-taken and it is hereby ordered:

1. ***Ordered***, that Claim #2 of the Ohio State University Hospitals shall be disallowed.

   ***IT IS SO ORDERED.***

copies to:
    Default List

and

The Ohio State University Hospitals
P.O. Box 183102
Columbus, OH 43218

# # #